UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MONA TINNELL,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BARRY LEE; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation,<br><br>　　　　　　Defendant. | CASE NO.: 2:08-cv-01342-LRH-LRL<br><br>JOINT STATUS REPORT AND ORDER |

1.　**Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this Court.**

**RESPONSE:** On October 6, 2008, Defendants, Barry Lee and State Farm Mutual Automobile Insurance Company, removed the above-captioned case from the Eighth Judicial District Court of the State of Nevada to the United States District Court, District of Nevada, pursuant to 28 U.S.C. §1446. Defendant State Farm filed an answer on October 16, 2008.

On October 7, 2008, Plaintiff filed a motion for remand, which is currently pending before this court. Defendants will be filing an opposition and Plaintiff will file a reply. Once the briefing is complete, the parties would respectfully request the Court's immediate attention in resolving that motion.

/ / /

/ / /

2.   **Include a statement by counsel of action required to be taken by this Court.**

**RESPONSE:** In light of the pending motion for remand, the parties respectfully request this Court to enter a stay with respect to all deadlines (i.e., holding the Rule 26 conference, making initial disclosures, submitting the Stipulated Discovery Plan/Scheduling Order, and conducting any/all discovery) until after the motion for remand is decided. If the motion is denied, the parties will conduct the Rule 26 Conference within two weeks of date of the Order, and will timely submit the Stipulated Discovery Plan and Scheduling Order.

3.   **Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the Court's attention not previously attached to the Notice of Removal.**

**RESPONSE:** The parties are submitting a copy of Plaintiff's motion for remand.

Dated this 16th day of October, 2008        Dated this 16th day of October, 2008

CHRISTENSEN LAW OFFICES                    HALL JAFFE & CLAYTON, LLP

By _____/s/_____                 By _____/s/_____
DAVID SAMPSON                              RILEY A. CLAYTON
Nevada Bar No. 6811                        Nevada Bar No. 5260
1000 S. Valley View                        7455 West Washington Ave., Suite 460
Las Vegas, Nevada 89107                    Las Vegas, Nevada 89128
Attorney for Plaintiff                     Attorney for Defendants, Lee and State Farm

### *ORDER*

IT IS SO ORDERED.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: October 17, 2008.

2