UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MONA TINNELL,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BARRY LEE; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation,<br><br>　　　　　Defendant. | CASE NO.: 2:08-cv-01342-LRL-LRL<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE ON THE PENDING MOTION FOR REMAND ; ORDER<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED between Defendants, Barry Lee and State Farm Mutual Automobile Insurance Company , and Plaintiff, Mona Tinnell, by and through their respective counsel of record, that Defendants Barry Lee and State Farm Mutual Automobile Insurance Company shall have until November 3, 2008, in which to file their Opposition to Plaintiff's Motion for Remand.  This request is based on the complexity of the issues in this matter and the fact that counsel for Defendants Barry Lee and State Farm Mutual Automobile Insurance Company, Riley A. Clayton, was out of state with business for other cases during the original time to respond.  As such, counsel for Defendants Barry Lee and State Farm Mutual Automobile Insurance Company needs a one week extension of time to ensure a full and fair opportunity in which to respond to the pending Motion for

Remand.

This request for an extension of the deadline to file its Opposition to Plaintiff's Motion for Remand is made in good faith, and is not made for purposes of delay.

Dated this 22nd day of October, 2008.        Dated this 22nd day of October, 2008.

HALL JAFFE & CLAYTON, LLP                    CHRISTENSEN LAW OFFICES, LLC

By _____/ s /_____                         By _____/ s /_____
RILEY A. CLAYTON                             DAVID F. SAMPSON
Nevada Bar No. 005260                        Nevada Bar No. 006811
7455 West Washington Ave., Suite 460         1000 S. Valley View Blvd.
Las Vegas, Nevada 89128                      Las Vegas, Nevada 89107
Attorney for Defendants                      Attorney for Plaintiff
BARRY LEE and                                MONA TINNELL
STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED.

_[signature]_

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: October 23, 2008